Mark P. Scheer, OSB No. 051710
mark@scheer.law
Jennifer L. Crow, OSB No. 105601
jen@scheer.law
Grant M. Elder, OSB No. 183325
grante@scheer.law
Scheer.Law PLLC
715 SW Morrison Street, Suite 912
Portland, Oregon 97205
Phone: (503) 446-1767
Fax: (206) 490-0866

Attorneys for Defendant Maxon Industries, Inc. dba Maxon Lift Corp.

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| ISAIAH A. GONZALEZ,<br><br>                  Plaintiff,<br><br>v.<br><br>GIBBS INTERNATIONAL, INC. dba GIBBS TRUCK CENTERS, a Foreign Corporation; and MAXON INDUSTRIES, INC. dba MAXON LIFT CORP., a Foreign Corporation,<br><br>                  Defendants. | CASE NO. 3:21-cv-01844<br><br>(REMOVED FROM MULTNOMAH COUNTY CIRCUIT COURT, CASE NO. 21CV45634)<br><br>DEFENDANT MAXON INDUSTRIES, INC. DBA MAXON LIFT CORP.'S NOTICE OF REMOVAL AND DEMAND FOR JURY<br><br>(*CLERK'S ACTION REQUIRED*) |

**TO:** Clerk of the Court, United States District Court for The District of Oregon, Portland Division.

**PLEASE TAKE NOTE** that Defendant Maxon Industries, Inc. dba Maxon Lift Corp. ("Maxon"), hereby removes to this Court the state action described below in accordance with 28 U.S.C. §§ 1332, 1441 and 1446.

//

//

## I. STATE COURT ACTION

The state court action to be removed is *Isiah A. Gonzalez v. Gibbs International, Inc., et al.,* Multnomah County Circuit Court, Case No. 21CV45634. *See Declaration of Jennifer L. Crow* ("*Crow Decl.*"), **Exhibit 1** (Complaint).

## II. TIME FOR REMOVAL

Plaintiffs filed this action in Multnomah County Circuit Court on or about November 24, 2021 against Gibbs International, Inc. dba Gibbs Truck Centers and Maxon. *Crow Decl.*, ¶ 2. The Complaint, brought against Maxon, is attached as **Exhibit 1** to the Declaration of Jennifer L. Crow, filed herewith. Maxon received notice of the Complaint on December 14, 2021. *Crow Decl.*, ¶ 5. Pursuant to 28 U.S.C. § 1446(b), a party may remove an action to Federal District Court within 30 days of service of process. Maxon has until January 13, 2022, or 30 days after notice of Plaintiff's Complaint, to move for removal to this Federal District Court. Therefore, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

## III. APPLICABLE LAW

A party may seek removal of a State Court action where the amount in controversy exceeds $75,000 and the action is between citizens of different states. 28 U.S.C. § 1332(a)(1).

## IV. BASIS FOR REMOVAL

1. This is a personal injury/products liability case arising out of Plaintiff's claim for alleged damages caused by an accident on or around November 29, 2019.

2. Plaintiff's Complaint seeks $14,086,625.91 in damages from Maxon. *Crow Decl.*, ¶ 2.

3. Upon information and belief, Plaintiff is an individual domiciled in the State of Oregon. *Crow Decl.*, ¶ 6.

4. On the date Plaintiff's Complaint was filed, and the date of the filing of this Notice of Removal, Plaintiff is still believed to be an individual domiciled in the State of Oregon. *Crow Decl.*, ¶ 6.

5.   Maxon is a California corporation with its principal place of business in California. *Decl. Crow* ¶, 7.  Plaintiff's Complaint alleges Maxon is a foreign corporation.  Per Plaintiff's complaint, co-defendant is a Delaware corporation. Complaint, ¶ 1a).

6.   On the date Plaintiff's Complaint was filed, and the date of the filing of this Notice of Removal, Maxon was incorporated in the State of California with its principal place of business in the State of California. *Crow Decl.*, ¶ 7.

7.   Maxon is not a citizen of the State of Oregon as of the date of filing of Plaintiff's Complaint, November 24, 2021, nor is Maxon presently a citizen of the State of Oregon. *Crow Decl.*, ¶ 7.

### V.   NOTICE TO STATE COURT AND ADVERSE PARTY

Maxon will promptly file a copy of this Notice with the Clerk of the Multnomah County Circuit Court and will give written notice to all adverse parties. 28 U.S.C. § 1446(d).

### VI.   JURY DEMAND

Maxon has not yet filed its Answer in Multnomah County Circuit Court.  As permitted by Fed. R. Civ. P. 58 and Fed. R. Civ. P. 81(c)(3), Maxon demands a jury trial.

### VII.   PRESERVATION OF RIGHTS

By removing this action to this Court, Maxon does not waive any defenses, objections, or motions available to it under state or federal law. Maxon expressly reserves the right to move for dismissal of Plaintiff's claim under Rule 12 of the Federal Rules of Civil Procedure.

### VIII.   CONCLUSION

WHEREFORE, Maxon requests that this action, *Isiah A. Gonzalez v. Gibbs International, Inc., et al.,* Multnomah County Circuit Court, Case No. 21CV45634, be removed to the United States District Court for the District of Oregon, Portland Division, pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and hereby requests that this Court retain jurisdiction for all further proceedings herein.

//

1    DATED this 20th day of December, 2021.

SCHEER.LAW PLLC

*/s/ Jennifer L. Crow*
Mark P. Scheer, OSB No. 051710
mark@scheer.law
Jennifer L. Crow, OSB No. 105601
jen@scheer.law
Grant M. Elder, OSB No. 183325
grante@scheer.law
*Attorneys for Defendant Maxon Industries, Inc. dba Maxon Lift Corp.*

CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Oregon and the United States of America, that the following is true and correct:

I am employed by the law firm of Scheer.Law PLLC.

At all times hereinafter mentioned, I was and am a citizen of the United States of America, a resident of the State of Washington, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On the date set forth below I served the document(s) to which this is attached, in the manner noted on the following person(s):

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| **CO/ Plaintiff:**<br>J. Randolph Pickett<br>Kimberly O. Weingart<br>Shangar S. Meman<br>Kyle T. Sharp<br>Rachel M. Jennings<br>Pickett Dummingan McCall LLP<br>Centennial Block, Fourth Floor<br>210 SW Morrison Street<br>Portland, OR 97204<br>randy@pdm.legal<br>kim@pdm.legal<br>shangar@pdm.legal<br>kyle@pdm.legal<br>rachelj@pdm.legal | (   ) Via U.S. Mail<br>( X ) Via E-Mail<br>(   ) Via Facsimile<br>(   ) Via Overnight Mail |
| **CO/ Plaintiff:**<br>Robert C. Kline, Jr.<br>Kline Law Offices PC<br>121 SW Morrison Street, Suite 475<br>Portland, OR 97204<br>rob@klinelawpc.com | (   ) Via U.S. Mail<br>( X ) Via E-Mail<br>(   ) Via Facsimile<br>(   ) Via Overnight Mail |

DATED this 20th day of December, 2021 at Seattle, Washington.

*/s/ Schuyler Todd*
Schuyler Todd, Legal Assistant